PER CURIAM.
Affirmed. See Johnson v. State, 60 So. 3d 1045 (Fla. 2011) ; Wright v. State, 911 So. 2d 81 (Fla. 2005) ; Mills v. State, 822 So. 2d 1284 (Fla. 2002) ; Strickland v. State, 437 So. 2d 150 (Fla. 1983) ; Smart v. State, 124 So. 3d 347 (Fla. 2d DCA 2013) ; Bizzell v. State, 912 So. 2d 386 (Fla. 2d DCA 2005) ; Boyd v. State, 880 So. 2d 726 (Fla. 2d DCA 2004) ; Walker v. State, 639 So. 2d 1030 (Fla. 2d DCA 1994) ; State v. Richards, 639 So. 2d 680 (Fla. 2d DCA 1994) ; Pleas v. State, 41 So. 3d 980 (Fla. 1st DCA 2010) ; Thomas v. State, 778 So. 2d 429 (Fla. 5th DCA 2001) ; Bloodworth v. State, 504 So. 2d 495 (Fla. 1st DCA 1987).
NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.